# J. P. SCHOMMER v. PETER EISCHENS.[1]

## April 1, 1921.

## No. 22,163.

**Grant of new trial — order not appealable.**

A new trial was granted exclusively upon the ground that the evidence was insufficient to support the verdict. *Held*: Under the terms of G. S. 1913, § 8001, subd. 4, the order was not appealable. [Reporter.]

Action in the district court for Renville county to recover $380 as commission on the sale of a farm. The case was tried before Daly, J., and a jury which returned a verdict in favor of defendant. From an order steting aside the verdict and granting plaintiff a new trial, defendant appealed. Appeal dismissed.

*Murray & Baker*, for appellant.

*O. A. Lende*, for respondent.

1Reported in 182 N. W. 166.

PER CURIAM.

Action to recover $380 as a commission for procuring a purchaser for 380 acres of land in Yellow Medicine county. The cause was tried to a jury and a verdict returned in favor of the defendant. Upon motion duly made the trial court granted a new trial exclusively upon the ground that the evidence was insufficient to support the verdict. From such an order defendant brings this appeal.

G. S. 1913, § 8001, subd 4, provides that an appeal may be taken to this court from an order granting a new trial, based exclusively upon errors occurring at the trial when it is so expressly stated in the order or memorandum of the trial court, and in such case only. Under this statute the order in the instant case is not appealable. Kommerstad v. Great Northern Ry. Co. 125 Minn. 297, 146 N. W. 975; Greenberg v. National Council of K. & L. of S. 132 Minn. 84, 155 N. W. 1053; Pust v. Holtz, 134 Minn. 266, 159 N. W. 564.

Appeal dismissed.